COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON
**ORDER ON MOTION FOR RECONSIDERATION EN BANC**

Cause numbers:        01-20-00477-CR, 01-20-00478-CR, and 01-20-00479-CR

Style:        *In re The State of Texas ex rel. Brian W. Wice, Relator*

Type of motion:        Motion for reconsideration en banc

Party filing motion:        Relator

IT IS ORDERED that the motion for reconsideration en banc is **denied**.

Judge's signature:   __/s/ Julie Countiss_____
                         Acting for the En Banc Court

Date: September 9, 2021

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, and Guerra.  Justice Farris not participating.

Goodman, J., dissenting from the denial of en banc reconsideration for reasons stated in his concurring and dissenting opinion.

Guerra, J., dissenting from the denial of en banc reconsideration with separate opinion.